# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HILBERT, | NO. LA CV 14-00919-VBF-MAN |
| Petitioner, | |
| v. | JUDGMENT |
| DR. JEFFREY BEARD, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, final judgment is hereby entered in favor of the respondent and against the petitioner.

DATED: September 19, 2014

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE